UNITED STATES DISTRICT COURT

__EASTERN__    District of    __CALIFORNIA__

CAROL A. PETERSEN-KEISLAR

Plaintiff

V.

COMMISSIONER of SOCIAL SECURITY,
Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE    1:12-CV-01050-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__  GRANTED.

    __X__  The clerk is directed to file the complaint.

    __X__  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this __29th__ day of __June__, __2012__.

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. MCAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer