✎AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

CAROL A. PETERSEN-KEISLAR

Plaintiff

V.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

COMMISSIONER of SOCIAL SECURITY,
    Defendant

CASE      1:12-CV-01050-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this   29th   day of      June     ,   2012  .

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. MCAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer