BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CAROL A. PETERSEN-KEISLER, ) | CIVIL NO.: 1:12cv-01050-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR AN |
| ) | EXTENSION OF TIME TO RESPOND TO |
| v. ) | PLAINTIFF'S OPENING BRIEF |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security,[1] ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 8, 2013, to April 22, 2013.  This is Defendant's first request for an extension of time to respond to

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: March 7, 2013         /s/ *Brian C. Shapiro*
                             (As authorized via e-mail on 3/7/13)
                             BRIAN C. SHAPIRO
                             Attorney for Plaintiff

Dated: March 7, 2013         BENJAMIN B. WAGNER
                             United States Attorney
                             GRACE M. KIM
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                     By:     */s/ Lynn M. Harada*
                             LYNN M. HARADA
                             Special Assistant United States Attorney

                             Attorneys for Defendant

## ORDER

Based on the Stipulation of the parties (Doc. 15), the Commissioner shall have up to and including April 22, 2013 to respond to Plaintiff's opening brief. The Scheduling Order (Doc. 7) is modified accordingly.

IT IS SO ORDERED.

Dated:   **March 8, 2013**              **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE