Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Carol A. Petersen-Keislar

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL A. PETERSEN-KEISLAR,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:12-01050 BAM<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 AND ORDER |

TO THE HONORABLE BARBARA A. MCALUIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Carol A. Petersen-

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1  Keislar be awarded attorney fees and expenses in the amount of FOUR
2  THOUSAND SIX HUNDRED EIGHTY-FIVE dollars ($4,685) under the Equal
3  Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents
4  compensation for all legal services rendered on behalf of Plaintiff by counsel in
5  connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).
6      After the Court issues an order for EAJA fees to Carol A. Petersen-Keislar,
7  the government will consider the matter of Carol A. Petersen-Keislar's assignment
8  of EAJA fees to Brian C. Shapiro.  The retainer agreement containing the
9  assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521,
10 2529 (2010), the ability to honor the assignment will depend on whether the fees
11 are subject to any offset allowed under the United States Department of the
12 Treasury's Offset Program.  After the order for EAJA fees is entered, the
13 government will determine whether they are subject to any offset.
14     Fees shall be made payable to Carol A. Petersen-Keislar, but if the
15 Department of the Treasury determines that Carol A. Petersen-Keislar does not
16 owe a federal debt, then the government shall cause the payment of fees, expenses
17 and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to
18 the assignment executed by Carol A. Petersen-Keislar.  Any payments made shall
19 be delivered to Brian C. Shapiro.
20     This stipulation constitutes a compromise settlement of Carol A. Petersen-
21 Keislar's request for EAJA attorney fees, and does not constitute an admission of
22 liability on the part of Defendant under the EAJA or otherwise.  Payment of the
23 agreed amount shall constitute a complete release from, and bar to, any and all
24 claims that Carol A. Petersen-Keislar and/or Brian C. Shapiro including Law
25 Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in
26 connection with this action.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 15, 2013          Respectfully submitted,

           LAW OFFICES OF LAWRENCE D. ROHLFING

         /s/ *Brian C. Shapiro*
      BY:_____
        Brian C. Shapiro
        Attorney for plaintiff Carol A. Petersen-Keislar

DATED: October 15, 2013

          BENJAMIN B. WAGNER
          United States Attorney


         /s/ *Francesco Benavides*
         _____
         Francesco Benavides
         Special Assistant United States Attorney
         Attorneys for Defendant Michael J. Astrue,
         Commissioner of Social Security
         (Per e-mail authorization

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 1:12-01050 BAM**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 15, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

*/s/ Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorneys for Plaintiff

# ORDER

Upon a review of the stipulation, Plaintiff's counsel shall be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND SIX HUNDRED and EIGHTY FIVE dollars and 00/100 cents ($4,685.00) subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **October 16, 2013**          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26